IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO TRANSFORMA TECHNOLOGIES, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 14-610 (RGA) ) |
| AT&T MOBILITY, LLC, | ) ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the defendant to move, answer or otherwise respond to the Complaint is extended until July 9, 2014.

| | |
|---|---|
| DEVLIN LAW FIRM LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Timothy Devlin | /s/ Jack B. Blumenfeld |
| Timothy Devlin (#4241) | Jack B. Blumenfeld (#1014) |
| 1220 North Market Street | 1201 North Market Street |
| Suite 850 | P.O. Box 1347 |
| Wilmington, DE  19801 | Wilmington, DE  19899 |
| (302) 449-9010 | (302) 658-9200 |
| tdevlin@devlinlawfirm.com | jblumenfeld@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2014.

_____
                                                                J.